ADLER'S QUALITY MILK, INC., Respondent, *v.* HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Argued January 14, 1941; decided March 6, 1941.

*Robert G. Blabey* and *Milo R. Kniffen* for appellant.
*Samuel Rubin* for respondent.

Judgments reversed and complaint dismissed on the authority of *Adler, Inc.*, v. *Noyes* (285 N. Y. 34).

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.